IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WALTER LEE BLACK**  **PLAINTIFF**
**ADC #135073**

v.     CASE NO. 3:20-CV-00117-BSM

**RHONDA R. THOMAS**  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of July, 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE